**Ras. Stefen E. HARRIS, Plaintiff-Appellant,**

v.

**Warden EAGLETON; Asso Warden Bradshaw; Chaplain Wilks; Capt Kelly; Director Byars, Being sued in their individual and official capacities as**

an employee in the scope of official duties and Public Duty Rule; SC Dept of Corrections, being sued as an agency, Defendants-Appellees.

No. 16-7287

United States Court of Appeals, Fourth Circuit.

Submitted: March 21, 2017

Decided: March 27, 2017

Ras. Stefen Emira Harris, Appellant Pro Se. Andrew Lindemann, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

Before MOTZ, KING, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ras. Stefen E. Harris appeals the district court's order accepting the recommendation of the magistrate judge, granting defendants' motion for summary judgment, and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harris v. Warden*, No. 0:15-cv-04173-HMH, 2016 WL 4253739 (D.S.C. Aug. 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*